(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C § 1982

# UNITED STATES DISTRICT COURT
## Southern District of Florida

FILED BY __PG__ D.C.

DEC 03 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Case Number: _____

LEMANE DEAN WILLIAMS
    Plaintiff,

v.

TERRINA MONGUE KING
    Defendant.

_____

_____

_____

_____

A complete under the civil rights act, 42 U.S.C. §1983

Instructions for Filing:

    This packet includes four copies of the compliant form and two copies of the Application to Proceed without payment of Fees and Affidavit. To start action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if your name two defendants, you must file the original and three copies of the complaint (a total of Four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

    Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

    Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

## I. Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: Lemane Deon Williams

   Inmate #: M05282

   Address: DADE C.I. 14000 S.W. 377th Street
   FLORIDA CITY, FLORIDA 33034

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: Terrina Monque King

   is employed as N/A Home Address 22485 SW 110 Ct

   at Miami, Fla 33170

C. Additional Defendants: _____

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

On May 12, 2020 I have recieved a email from Terrina King. That was so distrubing it gave me Great Heartache an pain plus aggravation. I'm Already on medication for my streess issues. I will present more in court in due time i will be using all of my phone records an Emails will be afforded to you at the given time. pain, And suffering And abandonment, Great Heartache.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

### III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

Make her Pay me 50,000 And put 500 dollars Into My Inmate Account once a week and If She is working take 500 dollars out of her Check If not put her In Jail Till I am paid off

### VII. Jury Demand

Do you demand a jury trial? ☑ Yes ☐ No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this __30__ day of __November__, 20__20__

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: __11/30/20__

_____
(Signature of Plaintiff)

\* \* \* \* \* \* \*

## AFFIDAVIT CERTIFICATE
(Prisoner Accounts Only)

LEMANE WILLIAMS

**I HEREBY CERTIFY THAT** LEMANE WILLIAMS has the sum of
(Name of Affiant)

$ -0-   as of  11/30/20  on account to his credit at the
(date)

DADE C.I.   institution where he is confined. I further certify that the above named prisoner affiant has the following securities to his credit according to the records of this institution:

_____

_____

_____

_____
Authorized Officer of Institution

Legal Mail
Received

**NOV 3 0 2020**

Dade C.I.

DC 101 (Rev. 9/03)                                    6

Mr. LeMane Williams #M05282 B1116-L
Dade Correctional Institution
19000 S.W. 377th Street
Florida City, Florida 33034-6409

Legal Mail Received
NOV 3 0 2020
Dade C.I.

Clerk's Office OF The United
District Court Southern District
301 North Miami Avenue.
Miami, Florida, 33128-7788

USMS INSPECTED